UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JONCEE HULL and SHARON SHROUT, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>MULTICARE HEALTH SYSTEM,<br><br>Defendant. | Civil Action No. 3:18-cv-05352-BHS<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>*CLERK'S ACTION REQUIRED*<br><br>*Noting Date: October 3, 2019* |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the individual claims of Plaintiffs Joncee Hull and Sharon Shrout be dismissed with prejudice and without costs. The parties further stipulate that the purported class claims be dismissed without prejudice and without costs.

DATED this 3rd day of October, 2019.

KAZEROUNI LAW GROUP, APC

By: /s/Ryan L. McBride
    Abbas Kazerounian, WSBA #48522
    Ryan L. McBride, WSBA #50751
    1546 NW 56th Street
    Seattle, WA 98107
    Telephone: (949) 612-9999
    Fax: (800) 520-5523
    Attorneys for Plaintiffs

BENNETT BIGELOW & LEEDOM, P.S.

By: /s/Michael Madden
    Michael Madden, WSBA #8747
    Amy M. Magnano, WSBA #38484
    601 Union St, Ste 1500
    Seattle, WA 98101
    Telephone: 206-622-5511
    Fax: 206-622-8986
    Attorneys for Defendant

JOINT STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) -
Page 1
00111-210\Stipulation of dismissal.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

# ORDER

It is so Ordered.

**DATED** this 3nd day of October, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

PRESENTED BY:

KAZEROUNI LAW GROUP, APC

By: /s/Ryan L. McBride_____
    Abbas Kazerounian, WSBA #48522
    Ryan L. McBride, WSBA #50751
    1546 NW 56th Street
    Seattle, WA 98107
    Telephone: (949) 612-9999
    Fax: (800) 520-5523
    Attorneys for Plaintiffs

BENNETT BIGELOW & LEEDOM, P.S.

By: /s/Michael Madden_____
    Michael Madden, WSBA #8747
    Amy M. Magnano, WSBA #38484
    601 Union St, Ste 1500
    Seattle, WA 98101
    Telephone: 206-622-5511
    Fax: 206-622-8986
    Attorneys for Defendant

JOINT STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) -
Page 2
00111-210\Stipulation of dismissal.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986